# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESUMEBEAR HOLDINGS, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HUARD, et al. <br><br> Defendant. | Civil Action No.:  14-cv-04482 (PGS) <br><br> ORDER |

A Report and Recommendation was filed on January 21, 2016 recommending that this Court dismiss Plaintiff's complaint with prejudice; and ordering that within thirty days of the Report and Recommendation being adopted by the Court, Eric Huard is to advise the Court whether he will dismiss his Third Party Complaint.  The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2).  No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 13th day of March, 2016,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni at docket entry 38 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's complaint is dismissed with prejudice; and it is further;

**ORDERED** that within 30 days of this Order, Eric Huard shall advise the Court whether he will dismiss his Third Party Complaint.

_____
PETER G. SHERIDAN, U.S.D.J.